UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUSTAVO SARABIA VARGAS, | ) | No. EDCV 11-1181 VBF (FFM) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| L.S. McEWEN, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: December 19, 2012

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
United States District Judge